

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00219-CR
_____

CARLOS MARTINEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2017-411,916, Honorable Jim Bob Darnell, Presiding

November 12, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is a motion to dismiss this appeal signed by both appellant, Carlos Martinez, and his attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.